**Scott TOPPINS, Appellant,**

v.

**DEPARTMENT OF REVENUE, Respondent.**

**No. ED 76660.**

Missouri Court of Appeals, Eastern District, Division Three.

March 28, 2000.

Gordon E. Freese, St. Louis, for appellant.

Jeremiah W. (Jay) Nixon, Atty. Gen., Evan J. Buchheim, Asst. Atty. Gen., Jefferson City, for respondent.

Before RICHARD B. TEITELMAN, P.J., CLIFFORD H. AHRENS and LAWRENCE E. MOONEY, JJ.

## ORDER

PER CURIAM.

Scott Toppins appeals the trial court's denial of his Petition for Limited Driving Privilege. We find the judgment is supported by substantial evidence, is not against the weight of the evidence, and does not erroneously declare or apply the law. *Murphy v. Carron,* 536 S.W.2d 30 (Mo. banc 1976).

An opinion reciting the detailed facts and restating the principles of law would have no precedential value. However, the parties have been furnished with a memo-

randum for their information only, setting forth the reasons for this order.

We affirm pursuant to Rule 84.16(b).